139 So. 923

### Belt SCRUGGS v. Carey SPEER.
5 Div. 858.

Court of Appeals of Alabama.
Feb. 16, 1932.

Felix L. Smith, of Rockford, for appellant.

John A. Darden, of Goodwater, for appellee.

SAMFORD, J.

Action in assumpsit. From a judgment for plaintiff, defendant appeals.

The appeal in this case was taken April 27, 1931, transcript filed October 22, 1931. No brief was filed by appellant, and no assignment of errors appears. On November 19, 1931, appellee moved for an affirmance. The motion is granted, and the judgment is affirmed.

Affirmed.

141 So. 925

### SEALS PIANO CO. v. Henry GRAMMAR.
6 Div. 192.

Court of Appeals of Alabama.
April 21, 1932.

PER CURIAM.
Appeal dismissed.

150 So. 926

### Ex parte G. S. SEARCY, etc.
6 Div. 484.

Court of Appeals of Alabama.
Nov. 14, 1933.

G. P. Benton, of Fairfield, and T. A. Murphree, of Birmingham, for petitioner.

Marvin Woodall, of Birmingham, for respondent.

BRICKEN, Presiding Judge.
Petition dismissed by agreement.

141 So. 925

### Grover SELLERS v. STATE.
6 Div. 193.

Court of Appeals of Alabama,
May 17, 1932.

BRICKEN, P. J.
Affirmed.

139 So. 923

### Ransey SHADDIX v. STATE.
6 Div. 218.

Court of Appeals of Alabama.
Jan. 12, 1932.

Rehearing Stricken Feb. 2, 1932.

John A. Posey, of Haleyville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.

145 So. 924

### David SHATTAH v. JOHN F. CLARK & CO. et al.
3 Div. 699.

Court of Appeals of Alabama.
Jan. 10, 1933.

See Shattah v. John F. Clark & Co., ante, p. 1, 140 So. 453.

John A. Yung, of Montgomery, for movant.

PER CURIAM.
Motion overruled.